UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BENJAMIN JOB CASTANEDA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, et al.,<br><br>Defendants. | Case No. 25-cv-05048-LB<br><br>**ORDER REASSIGNING CASE; REPORT AND RECOMMENDATION TO DISMISS**<br><br>Re: ECF No. 12 |

The plaintiff, who appears to be representing himself fraudulently by impersonating an attorney (Mr. Bryan Castaneda) and has not paid the filing fee, sued the City and County of San Francisco, the State of California, and Building Owners Management Association, alleging harassment in violation of state and federal law.[1] Because of the apparent fraud by the plaintiff, the court issued an order (attached) to show cause why the case should not be closed for failure to pay the filing fee or prosecute the case. The court allowed the plaintiff until September 11, 2025, to respond.[2] He did not. The case should be dismissed.

Because not all parties have appeared in the case and consented to magistrate-judge jurisdiction, the case must be reassigned. 28 U.S.C. 636(c)(1); *Williams v. King*, 875 F.3d 500,

---

[1] Compl. – ECF No. 1. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 12.

ORDER; R. & R. – No. 25-cv-05048-LB

503–04 (9th Cir. 2017). The court directs the Clerk of Court to reassign the case to a district judge and recommends that the newly assigned district judge dismiss the case. Any party must serve and file specific written objections to this recommendation within fourteen days after being served with a copy. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2); Civil L.R. 72-3. Failure to file a written objection within the specified time may waive the right to appeal the district court's order.

**IT IS SO ORDERED AND RECOMMENDED.**

Dated: September 12, 2025

LAUREL BEELER
United States Magistrate Judge