IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JOB CASTANEDA,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, et al.,<br><br>Defendants. | Case No. 25-cv-05048-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING CASE** |

Plaintiff Benjamin Job Castaneda brought this action on June 13, 2025, against the City and County of San Francisco, the State of California, Building Owners Management Association, and individual defendants. Compl. (dkt. 1).

On suspicion that Castaneda was impersonating an attorney (Mr. Bryan Castaneda), Magistrate Judge Laurel Beeler issued an order on September 4, 2025, to show cause why the case should not have been closed for failure to pay the filing fee or to prosecute the case. OSC (dkt. 12.). Castaneda did not file a response to the order. Consequently, Judge Beeler issued a Report and Recommendation to dismiss the action. R&R (dkt. 14). The time for Castaneda to object to Judge Beeler's Report and Recommendation has elapsed, and Castaneda has not objected. See 28 U.S.C. § 636(b) (a party has 14 days to object to a magistrate judge's report and recommendation).

The Court finds that Judge Beeler's recommendation is sound given Castaneda's failure to pay the filing fee and to prosecute the case. See Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005) (court may dismiss action pursuant to Rule 41(b) sua sponte for failure to prosecute).

1  For the foregoing reasons, pursuant to Federal Rule of Civil Procedure 41(b), the
2  Court **ADOPTS** Judge Beeler's Report and Recommendation and **DISMISSES** the action
3  without prejudice.

**IT IS SO ORDERED.**

Dated:  October 3, 2025

CHARLES R. BREYER
United States District Judge